# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HATBORO HORSHAM SCHOOL DISTRICT,** | : | |
| Plaintiff, | : | |
| | : | Civil Action |
| v. | : | |
| | : | No. 25-cv-01749 |
| **TAMKO BUILDING PRODUCTS, LLC**, | : | |
| Defendant. | : | |

## ORDER

**AND NOW** this 15th day of October 2025, upon consideration of Defendant's, TAMKO Building Products LLC, Motion to Dismiss Counts II, III, and IV of Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim (ECF No. 15), it is hereby **ORDERED** that said Motion is **GRANTED** and Counts II, III, and IV of Plaintiff's Amended Complaint are dismissed with prejudice as leave to amend would be futile.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ *John Milton Younge*
**JOHN M. YOUNGE, J.**